JUDGE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-126-JHC |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DUE DATE |
| JIMMIE DEAN BLACKBURN, | |
| Defendant. | |

THIS COURT has considered Jimmie Dean Blackburn's unopposed motion to extend the pretrial motions deadline and the relevant records in this case.

IT IS NOW ORDERED that the time within which to file pretrial motions is extended from November 22, 2022, to December 5, 2022.

DONE this 17th day of November 2022.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Jimmie Dean Blackburn

ORDER TO EXTEND PRETRIAL
MOTIONS DUE DATE
(*United States v. Blackburn*, CR22-126-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100