Judge John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JIMMIE DEAN BLACKBURN, <br><br> Defendant. | NO. 22-126 JHC <br><br> ORDER STRIKING TRIAL DATE |

IT IS ORDERED, the trial date of January 9, 2023 in the above-captioned matter is hereby stricken. A warrant was issued for Jimmie Dean Blackburn on November 18, 2022 (Dkt. # 22), and his whereabouts are unknown.

DATED this 8th day of December, 2022.

*John H. Chun*

John H. Chun
United States District Judge

Order Striking Trial Date- 1
*United States v. Jimmie Dean Blackburn/* CR 22-126 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Mike Lang*
MIKE LANG
Assistant United States Attorney


Reviewed and Approved:

*s/ Nancy Tenney*
NANCY TENNEY
Attorney for Jimmie Dean Blackburn

Order Striking Trial Date- 2
*United States v. Jimmie Dean Blackburn/* CR 22-126 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970